**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF VERMONT**

In Re:  **Application for Exemption from the Electronic Public Access Fees by Ethan D. Boldt**

### ORDER GRANTING PACER FEE WAIVER

This matter is before the Court upon the application and request by Ethan D. Boldt for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Court.

The Court finds that Ethan D. Boldt, as an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption.  Additionally, Ethan D. Boldt has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.  Accordingly, Ethan D. Boldt shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of his researching 28 U.S.C. § 1782, which governs the provision of discovery assistance to foreign and international tribunals.  Ethan D. Boldt shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court.  Additionally, the following limitations apply:

1. this fee exemption applies only to Ethan D. Boldt and is valid only for the purposes stated above;

2. this fee exemption applies only to the electronic case files of the court that are available through the PACER system;

3. by accepting this exemption, Ethan D. Boldt agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. Ethan D. Boldt is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;

5. this exemption is valid until December 31, 2023.

This exemption may be revoked at the discretion of the Court at any time.  A copy of this Order shall be sent to the PACER Service Center.

Dated at Burlington, within the District of Vermont, this 20th day of January, 202#.

_____
Chief Judge
U. S. District Court